1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN D. KNECHT,<br><br>           Plaintiff,<br><br>    v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-0A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-0A1, AMERICAN HOME MORTGAGE SERVICING INC.,<br><br>           Defendants. | No. 2:12-cv-1575<br><br>VERIFICATION OF STATE COURT RECORDS |

FREDERICK B. RIVERA declares:

1.     I am an attorney representing Defendants Mortgage Electronic Registration Systems Inc. ("MERS"); Deutsche Bank National Trust Co., as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates Series 2006-0A1; and American Home Mortgage Servicing Inc., now known as Homeward Residential Inc., ("Homeward") herein.

2.     The attached are true and complete copies of all pleadings, orders and other records and proceedings that, as of September 17, 2012, were filed in the Superior Court of the

VERIFICATION OF STATE COURT RECORDS
(No. 2:12-CV-1575) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

91004-5100/LEGAL24654244.1

State of Washington for King County in Cause No. 12-2-28165-3, *John D. Knecht v. Fidelity National Title Insurance Company, Mortgage Electronic Registration Systems, Inc., Deutsche Bank National Trust Co. as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1, American Home Mortgage Servicing, Inc.*

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of September, 2012.

By: *s/ Frederick B. Rivera*
Frederick B. Rivera #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: FRivera@perkinscoie.com

Attorneys for Defendants Mortgage Electronic Registration Systems Inc.; Deutsche Bank National Trust Co., as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates Series 2006-0A1; and American Home Mortgage Servicing Inc. (now known as Homeward Residential Inc.)

VERIFICATION OF STATE COURT RECORDS
(NO. 2:12-CV-1575) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

91004-5100/LEGAL24654244.1

## CERTIFICATE OF SERVICE

On September 17, 2012, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following documents: **VERIFICATION OF STATE COURT RECORDS**

| | | |
|---|---|---|
| Scott E. Stafne | ☐ | Via hand delivery |
| Stafne Law Firm | ☐ | Via U.S. Mail, 1st Class, Postage Prepaid |
| 239 N. Olympia Avenue | | |
| Arlington, WA 98223 | ☐ | Via Overnight Delivery |
| | ☐ | Via Facsimile |
| ***Attorney for Plaintiff*** | ☒ | Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, September 17, 2012.

By: s/ *Frederick B. Rivera*
Frederick B. Rivera #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: FRivera@perkinscoie.com

Attorneys for Defendants Mortgage Electronic Registration Systems Inc., Deutsche Bank National Trust Co. as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1, and American Home Mortgage Servicing Inc. (now known as Homeward Residential Inc.)

CERTIFICATE OF SERVICE – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

91004-5100/LEGAL24654244.1