UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN D. KNECHT,<br><br>    Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-0A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-0A1, AMERICAN HOME MORTGAGE SERVICING INC.,<br><br>    Defendants. | No. 2:12-cv-1575<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant American Home Mortgage Servicing Inc., now known as Homeward Residential Inc., ("Homeward") submits this Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1(a).

Homeward, a Delaware corporation, is a majority owned subsidiary of entities affiliated with WL Ross & Co. LLC, which in turn is a wholly owned subsidiary of Invesco Private Capital, Inc., a wholly owned subsidiary of Invesco PLC, which is a publicly owned corporation whose stock trades under the symbol IVZ on the New York Stock Exchange.

CORPORATE DISCLOSURE STATEMENT
(NO. 2:12-CV-1575) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71045-0121/LEGAL24654622.1

DATED this 17th day of September, 2012.

By: s/ *Frederick B. Rivera*
Frederick B. Rivera #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: FRivera@perkinscoie.com

Attorneys for Defendants
Mortgage Electronic Registration Systems Inc.;
Deutsche Bank National Trust Co., as Trustee
for GSR Mortgage Loan Trust 2006-0A1,
Mortgage Pass-Through Certificates Series
2006-0A1; and American Home Mortgage
Servicing Inc. (now known as Homeward
Residential Inc.)

CORPORATE DISCLOSURE STATEMENT
(NO. 2:12-CV-1575) – 2

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71045-0121/LEGAL24654622.1

## CERTIFICATE OF SERVICE

On September 17, 2012, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following documents: **CORPORATE DISCLOSURE STATEMENT**

| | | |
|---|---|---|
| Scott E. Stafne | ☐ | Via hand delivery |
| Stafne Law Firm | ☐ | Via U.S. Mail, 1st Class, Postage Prepaid |
| 239 N. Olympia Avenue | | |
| Arlington, WA 98223 | ☐ | Via Overnight Delivery |
| | ☐ | Via Facsimile |
| ***Attorney for Plaintiff*** | ☒ | Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, September 17, 2012.

By: s/ *Frederick B. Rivera*
Frederick B. Rivera #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: FRivera@perkinscoie.com

Attorneys for Defendants
Mortgage Electronic Registration Systems Inc.;
Deutsche Bank National Trust Co., as Trustee
for GSR Mortgage Loan Trust 2006-0A1,
Mortgage Pass-Through Certificates Series
2006-0A1; and American Home Mortgage
Servicing Inc. (now known as Homeward
Residential Inc.)

CERTIFICATE OF SERVICE – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71045-0121/LEGAL24654622.1