1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN D. KNECHT,<br><br>        Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-0A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-0A1, AMERICAN HOME MORTGAGE SERVICING INC.,<br><br>        Defendants. | No. 2:12-cv-1575<br><br>CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Deutsche Bank National

Trust Co as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through

Certificates, Series 2006-0A1 ("Deutsche Bank") submits this Corporate Disclosure Statement

pursuant to Fed. R. Civ. P. 7.1(a).

Deutsche Bank states that it is a wholly owned subsidiary of Deutsche Bank Holdings, Inc.,

which is a wholly owned subsidiary of Deutsche Bank Trust Corporation, which is a wholly owned

CORPORATE DISCLOSURE STATEMENT
(NO. 2:12-CV-1575) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71045-0121/LEGAL24687747.1

subsidiary of Deutsche Bank AG, a corporation organized under the laws of the Federal Republic of Germany.  No publicly held corporation owns 10% or more of Deutsche Bank AG's stock.

DATED this 17th day of September, 2012.

By: s/ *Frederick B. Rivera*
Frederick B. Rivera #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  FRivera@perkinscoie.com

Attorneys for Defendants
Mortgage Electronic Registration Systems Inc.;
Deutsche Bank National Trust Co., as Trustee
for GSR Mortgage Loan Trust 2006-0A1,
Mortgage Pass-Through Certificates Series
2006-0A1; and American Home Mortgage
Servicing Inc. (now known as Homeward
Residential Inc.)

CORPORATE DISCLOSURE STATEMENT
(NO. 2:12-CV-1575) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

71045-0121/LEGAL24687747.1

## CERTIFICATE OF SERVICE

On September 17, 2012, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following documents: **CORPORATE DISCLOSURE STATEMENT**

| | | |
|---|---|---|
| Scott E. Stafne | ☐ | Via hand delivery |
| Stafne Law Firm | ☐ | Via U.S. Mail, 1st Class, |
| 239 N. Olympia Avenue | | Postage Prepaid |
| Arlington, WA  98223 | ☐ | Via Overnight Delivery |
| | ☐ | Via Facsimile |
| *Attorney for Plaintiff* | ☒ | Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, September 17, 2012.

By: s/ *Frederick B. Rivera*
Frederick B. Rivera #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  FRivera@perkinscoie.com

Attorneys for Defendants
Mortgage Electronic Registration Systems Inc.;
Deutsche Bank National Trust Co., as Trustee
for GSR Mortgage Loan Trust 2006-0A1,
Mortgage Pass-Through Certificates Series
2006-0A1; and American Home Mortgage
Servicing Inc. (now known as Homeward
Residential Inc.)

CERTIFICATE OF SERVICE – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71045-0121/LEGAL24687747.1