UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN D. KNECHT,

                Plaintiff,

      v.

FIDELITY NATIONAL TITLE
INSURANCE COMPANY, MORTGAGE
ELECTRONIC REGISTRATION
SYSTEMS INC., DEUTSCHE BANK
NATIONAL TRUST CO. AS TRUSTEE
FOR GSR MORTGAGE LOAN TRUST
2006-0A1, MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES
2006-0A1, AMERICAN HOME
MORTGAGE SERVICING INC.,

                Defendants.

No.  2:12-cv-1575

CORPORATE DISCLOSURE
STATEMENT

     Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Mortgage Electronic

Registration Systems Inc. ("MERS") submits this Corporate Disclosure Statement pursuant to

Fed. R. Civ. P. 7.1(a).

     Defendant Mortgage Electronic Registration Systems, Inc. ("MERS"), by and through its

counsel of record, Perkins Coie LLP, hereby certifies pursuant to Federal Rule of Civil

Procedure 7.1, that Defendant MERS is a wholly owned subsidiary of MERSCORP, Inc., a

privately held Delaware stock corporation.

CORPORATE DISCLOSURE STATEMENT
(NO. 2:12-CV-1575) – 1

91004-5100/LEGAL24654686.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED this 17th day of September, 2012.

By: s/ *Frederick B. Rivera*
Frederick B. Rivera #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  FRivera@perkinscoie.com

Attorneys for Defendants Mortgage Electronic
Registration Systems Inc., Deutsche Bank
National Trust Co. as Trustee for GSR
Mortgage Loan Trust 2006-0A1, Mortgage
Pass-Through Certificates, Series 2006-0A1,
and American Home Mortgage Servicing Inc.
(now known as Homeward Residential Inc.)

CORPORATE DISCLOSURE STATEMENT
(NO. 2:12-CV-1575) – 2

91004-5100/LEGAL24654686.1

## CERTIFICATE OF SERVICE

On September 17, 2012, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following documents: **CORPORATE DISCLOSURE STATEMENT**

| | | |
|---|---|---|
| Scott E. Stafne | ☐ | Via hand delivery |
| Stafne Law Firm | ☐ | Via U.S. Mail, 1st Class, Postage Prepaid |
| 239 N. Olympia Avenue | | |
| Arlington, WA 98223 | ☐ | Via Overnight Delivery |
| | ☐ | Via Facsimile |
| ***Attorney for Plaintiff*** | ☒ | Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, September 17, 2012.

By: *s/ Frederick B. Rivera*
Frederick B. Rivera #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: FRivera@perkinscoie.com

Attorneys for Defendants Mortgage Electronic Registration Systems Inc., Deutsche Bank National Trust Co. as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1, and American Home Mortgage Servicing Inc. (now known as Homeward Residential Inc.)

CERTIFICATE OF SERVICE – 1

91004-5100/LEGAL24654686.1