UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN D. KNECHT,<br><br>    Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-0A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-0A1, AMERICAN HOME MORTGAGE SERVICING INC.,<br><br>    Defendants. | No. 2:12-cv-1575<br><br>NOTICE TO PLAINTIFF OF REMOVAL |

TO:    John D. Knecht

AND TO:    Scott E. Safne, STAFNE LAW FIRM, Attorney for Plaintiff

YOU ARE HEREBY NOTIFIED that on the 17th day of September, 2012, Defendants Mortgage Electronic Registration Systems Inc. ("MERS"); Deutsche Bank National Trust Co., as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates Series 2006-0A1 ("Deutsche Bank") and American Home Mortgage Servicing Inc. (now known as Homeward Residential Inc.) ("Homeward") filed with the United States District Court for the

NOTICE TO PLAINTIFF OF REMOVAL
(NO. 2:12-CV-1575) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

91004-5100/LEGAL24653996.1

Western District of Washington at Seattle a Notice of Removal to said District Court of the action originally brought by Plaintiff in the Superior Court of Washington for King County, Cause No. 12-2-28165-3; and that Defendants promptly thereafter filed a copy of the Notice of Removal with the Clerk of the Superior Court, so that this action has been removed from the Superior Court to the United States District Court. A copy of the Notice of Removal is attached and herewith served upon you.

DATED this 17th day of September, 2012.

By: s/ *Frederick B. Rivera*
Frederick B. Rivera #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: FRivera@perkinscoie.com

Attorneys for Defendants Mortgage Electronic Registration Systems Inc.; Deutsche Bank National Trust Co., as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates Series 2006-0A1; and American Home Mortgage Servicing Inc. (now known as Homeward Residential Inc.)

NOTICE TO PLAINTIFF OF REMOVAL
(NO. 2:12-CV-1575) – 2

91004-5100/LEGAL24653996.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

On September 17, 2012, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following documents: **NOTICE TO PLAINTIFF OF REMOVAL**

| | | |
|---|---|---|
| Scott E. Stafne | ☐ | Via hand delivery |
| Stafne Law Firm | ☐ | Via U.S. Mail, 1st Class, Postage Prepaid |
| 239 N. Olympia Avenue | | |
| Arlington, WA 98223 | ☐ | Via Overnight Delivery |
| | ☐ | Via Facsimile |
| *Attorney for Plaintiff* | ☒ | Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, September 17, 2012.

By: s/ *Frederick B. Rivera*
Frederick B. Rivera #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: FRivera@perkinscoie.com

Attorneys for Defendants Mortgage Electronic Registration Systems Inc., Deutsche Bank National Trust Co. as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1, and American Home Mortgage Servicing Inc. (now known as Homeward Residential Inc.)

CERTIFICATE OF SERVICE – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

91004-5100/LEGAL24653996.1