UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN D. KNECHT,<br><br>     Plaintiff,<br><br>  v.<br><br>FIDELITY NATIONAL TITLE<br>INSURANCE COMPANY, MORTGAGE<br>ELECTRONIC REGISTRATION<br>SYSTEMS INC., DEUTSCHE BANK<br>NATIONAL TRUST CO. AS TRUSTEE<br>FOR GSR MORTGAGE LOAN TRUST<br>2006-0A1, MORTGAGE PASS-<br>THROUGH CERTIFICATES, SERIES<br>2006-0A1, AMERICAN HOME<br>MORTGAGE SERVICING INC.,<br><br>     Defendants. | No.  2:12-cv-1575<br><br>DECLARATION OF FILING NOTICE OF<br>REMOVAL WITH STATE COURT CLERK |

FREDERICK B. RIVERA states:

On September 17, 2012, I filed with the Clerk of the Superior Court of the State of

Washington for King County a copy of the Notice to Clerk of Superior Court of Removal,

together with a copy of the Notice of Removal, by delivering such documents to the Clerk for the

Superior Court of Washington for King County in Seattle, Washington.  A conformed copy of

the Notice to Clerk of Superior Court of Removal is attached hereto.

DECLARATION OF FILING NOTICE OF
REMOVAL WITH STATE COURT CLERK
(NO. 2:12-CV-1575) – 1
91004-5100/LEGAL24654827.1

Perkins Coie LLP<br>1201 Third Avenue, Suite 4800<br>Seattle, WA  98101-3099<br>Phone:  206.359.8000<br>Fax:  206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
47
48
49
50
51

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 17th day of September, 2012.

/s *Frederick B. Rivera*
FREDERICK B. RIVERA, WSBA #23008

DECLARATION OF FILING NOTICE OF
REMOVAL WITH STATE COURT CLERK
(NO. 2:12-CV-1575) – 2
91004-5100/LEGAL24654827.1

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

On September 17, 2012, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following documents: **DECLARATION OF FILING NOTICE OF REMOVAL WITH STATE COURT CLERK**

| | | |
|---|---|---|
| Scott E. Stafne | ☐ | Via hand delivery |
| Stafne Law Firm | ☐ | Via U.S. Mail, 1st Class, |
| 239 N. Olympia Avenue | | Postage Prepaid |
| Arlington, WA  98223 | ☐ | Via Overnight Delivery |
| | ☐ | Via Facsimile |
| ***Attorney for Plaintiff*** | ☒ | Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, September 17, 2012.

By: *s/ Frederick B. Rivera*
Frederick B. Rivera #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  FRivera@perkinscoie.com

Attorneys for Defendants Mortgage Electronic
Registration Systems Inc., Deutsche Bank
National Trust Co. as Trustee for GSR
Mortgage Loan Trust 2006-0A1, Mortgage
Pass-Through Certificates, Series 2006-0A1,
and American Home Mortgage Servicing Inc.
(now known as Homeward Residential Inc.)

CERTIFICATE OF SERVICE – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

91004-5100/LEGAL24654827.1

 **Thank you. Your document(s) has been received by the Clerk.**

Click here to submit your Working Copies electronically

Click here to submit documents to Ex Parte via the Clerk

## Confirmation Receipt

| | |
|---|---|
| **Case Number:** 12-2-28165-3 | **Case Designation:** SEA |

**Case Title:** KNECHT VS FIDELITY NATIONAL TITLE INS CO ET AL

**Filed By:** Frederick Rivera          **Submitted Date/Time:** 9/17/2012 4:01:20 PM

**Received Date/Time:** 9/17/2012 4:01:20 PM

**User ID:** fbrivera          **WSBA #:** 23008

| Document Type | File Name | Attachment(s) | Cost |
|---|---|---|---|
| NOTICE TO CLERK OF SUPERIOR COURT RE NOTICE OF REMOVAL | Notice to Clerk of the Superior Court of Removal.pdf | Notice of Removal Part One.PDF Notice of Removal Part Two.PDF | 0.00 |

 Print