THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN D. KNECHT,<br><br>          Plaintiff,<br><br>    v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-0A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-0A1, AMERICAN HOME MORTGAGE SERVICING INC.,<br><br>          Defendants. | No.  2:12-cv-1575<br><br>SUPPLEMENTAL VERIFICATION OF STATE COURT RECORDS |

FREDERICK B. RIVERA declares:

1.     I am an attorney representing Defendants Mortgage Electronic Registration Systems Inc. ("MERS"); Deutsche Bank National Trust Co., as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates Series 2006-0A1; and American Home Mortgage Servicing Inc., now known as Homeward Residential Inc., ("Homeward") herein.

2.     The attached is a true and complete copy of an additional document filed and included on the docket in the Superior Court of the State of Washington for King County in

SUPPLEMENTAL VERIFICATION OF STATE
COURT RECORDS (No. 2:12-CV-1575) – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

71045-0121/LEGAL24728969.1

Cause No. 12-2-28165-3, *John D. Knecht v. Fidelity National Title Insurance Company, Mortgage Electronic Registration Systems, Inc., Deutsche Bank National Trust Co. as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1, American Home Mortgage Servicing, Inc.*, after our Verification of State Court Records was filed with this Court on September 17, 2012.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 21st day of September, 2012.

By: *s/ Frederick B. Rivera*
Frederick B. Rivera #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  FRivera@perkinscoie.com

Attorneys for Defendants Mortgage Electronic
Registration Systems Inc.; Deutsche Bank
National Trust Co., as Trustee for GSR
Mortgage Loan Trust 2006-0A1, Mortgage
Pass-Through Certificates Series 2006-0A1;
and American Home Mortgage Servicing Inc.
(now known as Homeward Residential Inc.)

SUPPLEMENTAL VERIFICATION OF STATE
COURT RECORDS (NO. 2:12-CV-1575) – 2

71045-0121/LEGAL24728969.1

## CERTIFICATE OF SERVICE

On September 21, 2012, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following documents:  **SUPPLEMENTAL VERIFICATION OF STATE COURT RECORDS**

| | |
|---|---|
| Scott E. Stafne | ☐   Via hand delivery |
| Stafne Law Firm | ☐   Via U.S. Mail, 1st Class, |
| 239 N. Olympia Avenue | Postage Prepaid |
| Arlington, WA  98223 | ☐   Via Overnight Delivery |
| | ☐   Via Facsimile |
| ***Attorney for Plaintiff*** | ☒   Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, September 21, 2012.

By: *s/ Frederick B. Rivera*
Frederick B. Rivera #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000
Email:  FRivera@perkinscoie.com

Attorneys for Defendants Mortgage Electronic Registration Systems Inc., Deutsche Bank National Trust Co. as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1, and American Home Mortgage Servicing Inc. (now known as Homeward Residential Inc.)

CERTIFICATE OF SERVICE – 1

71045-0121/LEGAL24728969.1