SUPERIOR COURT OF THE STATE OF WASHINGTON
COUNTY OF KING

| STATE OF WASHINGTON    Plaintiff, | NO. 12-2-28165-3 SEA |
|---|---|
| John Knecht vs. Fidelity Trustee, a California Corporation    Defendant. | CIVIL ORDER ON ~~CRIMINAL~~ MOTION (ORCM) |

The above-entitled Court, having heard a motion __for a preliminary injunction__

IT IS HEREBY ORDERED that __a preliminary injunction restraining the trustee Sale is granted until further notice; No bond shall be required until trustee provides prima facie evidence as to authority to bring a sale.__

DATED: 9-14-12

_____
JUDGE

_____
~~Deputy Prosecuting Attorney~~
Scott E. Stafne, WSBA 6964

Attorney for the Defendant

Order on Criminal Motion (ORCM)                                         05/02

**EXHIBIT A**