THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN D. KNECHT,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-0A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-0A1, AMERICAN HOME MORTGAGE SERVICING INC.,<br><br>　　　　　Defendants. | No.  2:12-cv-1575 RAJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

This matter came before the Court on the Motion to Dismiss pursuant to Rule 12(b)(6) brought by Defendants Mortgage Electronic Registration Systems, Inc.; Deutsche Bank National Trust Co. as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1; and American Home Mortgage Servicing, Inc., collectively "Moving Defendants." The Court has considered Moving Defendants' motion; plaintiff's opposition, if any; Moving Defendants' reply; and the record before this Court, including Plaintiff's Complaint and its exhibits. Being fully advised, the Court GRANTS Moving Defendants' motion to dismiss. Because plaintiff cannot amend his allegations to state viable

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
(NO. 2:12-CV-1575 RAJ) – 1
71045-0121/LEGAL24810861.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

claims, the Complaint is DISMISSED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND.

DATED this _____ day of _____, 2012.

_____
Richard A. Jones
United States District Judge

**PRESENTED BY:**

s/ *Frederick B. Rivera, WSBA No. 23008*
FRivera@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.3596
Facsimile: 206.359.3596

Attorneys for Defendants Mortgage
Electronic Registration Systems Inc.;
Deutsche Bank National Trust Co., as
Trustee for GSR Mortgage Loan Trust
2006-0A1, Mortgage Pass-Through
Certificates Series 2006-0A1; and
American Home Mortgage Servicing Inc.
(now known as Homeward Residential Inc.)

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO DISMISS
(NO. 2:12-CV-1575 RAJ) – 2
71045-0121/LEGAL24810861.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

On October 3, 2012, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the foregoing document as follows:

| | | |
|---|---|---|
| Scott E. Stafne | ☐ | Via hand delivery |
| Stafne Law Firm | ☐ | Via U.S. Mail, 1st Class, Postage Prepaid |
| 239 N. Olympia Avenue | | |
| Arlington, WA 98223 | ☐ | Via Overnight Delivery |
| | ☒ | Via e-mail |
| ***Attorney for Plaintiff*** | ☐ | Via E-filing |

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, October 3, 2012.

By: *s/ Frederick B. Rivera*
Frederick B. Rivera, WSBA #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: FRivera@perkinscoie.com

Attorneys for Defendants
Mortgage Electronic Registration Systems Inc.;
Deutsche Bank National Trust Co., as Trustee
for GSR Mortgage Loan Trust 2006-0A1,
Mortgage Pass-Through Certificates Series
2006-0A1; and American Home Mortgage
Servicing Inc. (now known as Homeward
Residential Inc.)

CERTIFICATE OF SERVICE – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71045-0121/LEGAL24810861.1