THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN D. KNECHT,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-0A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-0A1, AMERICAN HOME MORTGAGE SERVICING INC.<br><br>　　　　　　　　Defendants. | NO. 2:12-CV-01575 RAJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS |

This matter came before the Court on the Motion to Dismiss pursuant to Rule 12(b)(6) brought by Defendants Fidelity National Title Insurance Company "Moving Defendant." The Court has considered Moving Defendant's motion; plaintiff's opposition, if any; Moving Defendant's reply; and the record before this Court, including Plaintiff's Complaint and its exhibits. Being fully advised, the Court GRANTS Moving Defendant's motion to dismiss.

PROPOSED ORDER TO DISMISS-1

FIDELITY NATIONAL LAW GROUP
The Law Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525

Because plaintiff cannot amend his allegations to state viable claims, the Complaint is DISMISSED WITH PREJUDICE AND WITHOUT LEAVE TO AMEND.

DATED this ___ day of _____ 2012.

_____
RICHARD A. JONES
United States District Judge

PRESENTED BY:

FIDELITY NATIONAL LAW GROUP

*[signature]*

Daniel A. Womac, WSBA #36394
Fidelity National Law Group
The Law Division of Fidelity National
Title Group, Inc.
1200 Sixth Avenue, Suite 620
Seattle, WA 98101
(206) 224-6004
(206) 223-4527 – FAX
*Attorneys for Defendant Fidelity National Title Insurance Company*

PROPOSED ORDER TO DISMISS-2

FIDELITY NATIONAL LAW GROUP
The Law Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525