# EXHIBIT B

```
                                          Electronically Recorded
                                          20100916000214
                                          SIMPLIFILE          AST        15.00
                                          Page 001 of 002
                                          09/16/2010 10:27
                                          King County, WA
```

WHEN RECORDED MAIL TO AND
RECORDING REQUESTED BY:

Fidelity National Title Insurance
Company
17592 E. 17th Street, Suite 300
Tustin, CA 92780

---

Trustee Sale No. 10-10230-6        Client Reference No. 0031070519

## APPOINTMENT OF SUCCESSOR TRUSTEE

NOTICE IS HEREBY GIVEN that FIDELITY NATIONAL TITLE INSURANCE COMPANY, a corporation formed under RCW 61.24(b), whose address is 701 Fifth Avenue, Suite 3040, Seattle, WA 98104, is appointed successor trustee under that certain deed of trust in which JOHN D. KNECHT, AN UNMARRIED MAN, was the grantor, and FIDELITY NATIONAL TITLE COMPANY OF WASHINGTON, was the original Trustee, and MERS AS NOMINEE FOR AMERICAN BROKERS CONDUIT, was the original Beneficiary, which deed of trust was dated April 1, 2006, and recorded on April 10, 2006, as Instrument No. 20060410001855 of Official Records in the office of the Recorder of King County, WA, it to have all the powers of said original trustee, effective forthwith.

IN WITNESS WHEREOF, the undersigned beneficiary has hereunto set his hand; if the undersigned is a corporation, it has caused its corporate name to be signed and affixed hereunto by its duly authorized officer(s).

Dated: September 14, 2010

Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1 by American Home Mortgage Servicing, Inc. as attorney in fact

_____
CINDI ELLIS, ASST VICE PRESIDENT

STATE OF CALIFORNIA    )
                       ) ss.
COUNTY OF ORANGE       )

On _9/14/10_, before me, Kraig M. Kirtley, Notary Public, personally appeared CINDI ELLIS who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her authorized capacity, and that by her signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal

_____
Kraig M. Kirtley, Notary Public

KRAIG M. KIRTLEY
Commission # 1832689
Notary Public - California
Orange County
My Comm. Expires Feb 19, 2013

Unofficial Document