UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN D. KNECHT, an unmarried man,<br>　　　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-0A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-0A1, AMERICAN HOME MORTGAGE SERVICING INC.<br>　　　　　　　　　　　Defendants. | NO. 2:12-cv-01575 RAJ<br><br>PRAECIPE TO ATTACH DOCUMENT |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

You will please:

Replace the attached first page of the DECLARATION OF MADELINE G.M. LOVEJOY with the first page of docket number 16, Exhibit 3, the DECLARATION OF MADELINE G.M. LOVEJOY. The attached first page corrects the original Declaration's first page which was filed with the incorrect case caption and case number.

PRAECIPE TO ATTACH DOCUMENT-1

FIDELITY NATIONAL LAW GROUP
The Law Division of Fidelity National
Title Group, Inc.
1200 – 6ᵀᴴ AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525

1 | DATED this 8th day of November, 2012.

FIDELITY NATIONAL LAW GROUP

/s/ Daniel A. Womac
Daniel A. Womac, WSBA #36394
Fidelity National Law Group
The Law Division of Fidelity National
   Title Group, Inc.
1200 Sixth Avenue, Suite 620
Seattle, WA 98101
(206) 224-6004
(206) 223-4527 – FAX
*Attorneys for Defendant Fidelity National Title Insurance Company*

PRAECIPE TO ATTACH DOCUMENT-2

FIDELITY NATIONAL LAW GROUP
The Law Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525

## CERTIFICATE OF SERVICE

I hereby certify that on the date given below I caused to be served the foregoing PRAECIPE TO ATTACH DOCUMENT on the following individuals in the manner indicated via CM/ECF notifications:

Scott E Stafne
Stafne Law Firm
239 N. Olympia Avenue
Arlington, WA 98223
*Attorney for Plaintiff*


Frederick B. Rivera
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
*Attorney for Defendants*
*MERS, Inc., Deutsche Bank National Trust Co.*
*as Trustee for GSR Mortgage Loan Trust*
*2006-0A1, Mortgage Pass-Through*
*Certificates, Series 2006-0A1, American Home*
*Mortgage Servicing Inc.*

**SIGNED** this 8th day of November, 2012.

_____
Kristen Linton, Legal Assistant

PRAECIPE TO ATTACH DOCUMENT-3

FIDELITY NATIONAL LAW GROUP
The Law Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525

HON. KAREN L. STROMBOM

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN D. KNECHT, an unmarried man,<br>                                   Plaintiff,<br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-0A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-0A1, AMERICAN HOME MORTGAGE SERVICING INC.<br>                                   Defendants. | No. 2:12-cv-01575 RAJ<br><br>**DECLARATION OF MADELINE G.M. LOVEJOY** |

I, Madeline G. M. Lovejoy declare as follows:

1. I am employed by a subsidiary of Fidelity National Financial, Inc., a Delaware corporation, as an Assistant Vice President and Assistant Corporate Secretary. I have personal knowledge of the information contained in this declaration and I am competent to testify.

2. I perform corporate organizational maintenance for Fidelity National Financial, Inc. ("FNF"), and its subsidiaries, Fidelity National Title Insurance Company ("Fidelity National") a California corporation, and the Default Resolution Network division.

DECLARATION OF MADELINE LOVEJOY- 1

FIDELITY NATIONAL LAW GROUP
The Law Division of Fidelity National
Title Group, Inc.
1200 – 6TH AVENUE, SUITE 620
SEATTLE, WA 98101
(206) 223-4525