THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN D. KNECHT

    Plaintiff,

v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-0A1, MORTGAGE-PASS THROUGH CERTIFICATES, SERIES 2006-0A1, AMERICAN HOME MORTGAGE SERVICING INC.,

    Defendants.

No. 2:12-cv-1575 RAJ

SUBMISSION OF SUPPLEMENTAL AUTHORITY FOR PLAINTIFF's RESPONSES TO DEFENDANTS' MOTIONS TO DISMISS

Dkt. 10 Noted for Consideration October 26, 2012

Dkt. 11 Noted for Consideration, November 2, 2012, with pending request to note for consideration October 26, 2012

Please find attached the following two cases which were recently decided by the Washington Supreme Court during the pendency of these motions, which bear on the resolution of Defendants' Motion to Dismiss (dkt. 10), Plaintiff's response thereto (dkt. 12, 14) and Fidelity National Title Insurance Company's Motion to Dismiss (dkt. 11) and Plaintiff's

---

SUBMISSION OF SUPPLEMENTAL AUTHORITY
FOR PLAINTIFF's RESPONSES TO
DEFENDANTS' MOTIONS TO DISMISS - 1

STAFNE LAW FIRM

239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /STAFNELAWFIRM@AOL.COM

response thereto (dkt. 13): <u>Schroeder v. Excelsior Management Group</u>, Wash. Supreme Court No. 86433-1 and <u>Klem v. Wash. Mut. Bank</u>, Wash. Supreme Court No. 87105-1.

DATED: 3/5/13. By:         STAFNE LAW FIRM

/s Scott E. Stafne
Scott E. Stafne, WSBA No.6964
Stafne Law Firm
239 N. Olympic Avenue
Arlington, WA 98223
(360) 403-8700
scott.stafne@stafnelawfirm.com

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Washington by using the CM/ECF system on March 5, 2013, upon:

Daniel Allen Womac
FIDELITY NATIONAL LAW GROUP
1200 6TH AVENUE STE 620
SEATTLE, WA 98101
206-224-6004
Email: daniel.womac@fnf.com

PERKINS COIE
1201 3RD AVE
STE 4900
SEATTLE, WA 98101-3099
206-359-8000
Fax: 206-359-9000
Email: FRivera@perkinscoie.com

///
///
///

SUBMISSION OF SUPPLEMENTAL AUTHORITY
FOR PLAINTIFF's RESPONSES TO
DEFENDANTS' MOTIONS TO DISMISS - 2

STAFNE LAW FIRM
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /STAFNELAWFIRM@AOL.COM

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED March 5, 2013 in Arlington, WA.

By:

    __s/ Shaina Dunn_____
    Stafne Law Firm

SUBMISSION OF SUPPLEMENTAL AUTHORITY
FOR PLAINTIFF's RESPONSES TO
DEFENDANTS' MOTIONS TO DISMISS - 3

STAFNE LAW FIRM
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /STAFNELAWFIRM@AOL.COM