THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN D. KNECHT,<br><br>Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-0A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-0A1, AMERICAN HOME MORTGAGE SERVICING INC.,<br><br>Defendants. | No. 2:12-cv-1575 RAJ<br><br>ANSWER TO COMPLAINT BY DEFENDANT DEUTSCHE BANK NATIONAL TRUST CO., AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-0A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-0A1 |

Defendants Deutsche Bank National Trust Co., as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1 ("DBNT") answers Plaintiff's Complaint (Dkt #1-1) as follows:

### I.   PRELIMINARY STATEMENT

DBNT responds to the Complaint based on the current information available to it and after reasonable investigation. DBNT reserves the right to amend this Answer based on information made available through discovery or further investigation. Unless specifically

DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S ANSWER TO COMPLAINT(NO. 2:12-CV-1575 RAJ) – 1

71045-0121/LEGAL26106354.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

admitted below, DBNT denies each and every allegation, claim, and prayer for relief contained in the Complaint.

## II. RESPONSE TO COMPLAINT

1. Answering Paragraph I.1 of the Complaint, DBNT responds that the documents referenced therein speak for themselves and no response regarding the allegations concerning the documents' content is required. DBNT lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in Paragraph I.1, and on that basis denies them.

2. Answering Paragraph I.2 of the Complaint, DBNT responds that the documents referenced therein speak for themselves and no response regarding the allegations concerning the documents' content is required. DBNT lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in Paragraph I.2, and on that basis denies them.

3. Answering Paragraph I.3 of the Complaint, DBNT responds that the documents referenced therein speak for themselves and no response regarding the allegations concerning the documents' content is required. DBNT lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in Paragraph I.2, and on that basis denies them..

4. Answering Paragraph I.4 of the Complaint, DBNT admits that it did not originate the loan that is the subject of this action, and that it is the holder and owner of the original Promissory Note executed by Plaintiff, dated April 1, 2006, in the principal amount of $315,000, which is secured by a Deed of Trust encumbering the real property described therein. DBNT further admits that it is the trustee of GSR Mortgage Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1 ("the Trust"). DBNT admits that this Court has jurisdiction over this matter. Except as admitted, DBNT denies the allegations in Paragraph I.4 of the Complaint.

5. Paragraph I.5 of the Complaint concerns a party dismissed from this action, and thus no answer is required. To the extent an answer is required, DBNT admits that Homeward Residential, Inc. has at times been the servicing agent for the Trust, and Homeward has been

DEFENDANT DEUTSCHE BANK NATIONAL
TRUST COMPANY'S ANSWER TO
COMPLAINT (NO. 2:12-CV-1575 RAJ) – 2
71045-0121/LEGAL26106354.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

authorized to act on behalf of the Trust, including as attorney-in-fact. DBNT lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in Paragraph I.5, and on that basis denies them.

6. Paragraph I.6 of the Complaint states legal conclusions requiring no answer. To the extent an answer is required, DBNT does not dispute that this Court has jurisdiction over this action.

7. Answering Paragraph II.1 of the Complaint, DBNT responds that the documents referenced therein speak for themselves and no response regarding the allegations concerning the documents' content is required. DBNT lacks sufficient information to form a belief as to the truth or falsity of the remaining allegations in Paragraph II.1 of the Complaint, and on that basis denies them.

8. Paragraph II.2 of the Complaint contains no allegations.

9. Answering Paragraph II.3 of the Complaint, DBNT responds that the documents referenced therein speak for themselves and no response regarding the allegations concerning the documents' content is required. DBNT admits that an Assignment of Deed of Trust concerning the transfer of Deed of Trust at issue in this action was duly required in the Public Records of King County, Washington. DBNT lacks sufficient information to form a belief as to the truth or falsity of any remaining allegations in Paragraph II.3 of the Complaint, and on that basis denies them.

10. Answering Paragraph II.4 of the Complaint, DBNT responds that the documents referenced therein speak for themselves and no response regarding the allegations concerning the documents' content is required. DBNT lacks sufficient information to form a belief as to the truth or falsity of any remaining allegations in Paragraph II.4 of the Complaint, and on that basis denies them.

DEFENDANT DEUTSCHE BANK NATIONAL
TRUST COMPANY'S ANSWER TO
COMPLAINT (NO. 2:12-CV-1575 RAJ) – 3
71045-0121/LEGAL26106354.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

11. Answering Paragraph II.5 of the Complaint, DBNT responds that the documents referenced therein speak for themselves and no response regarding the allegations concerning the documents' content is required. DBNT lacks sufficient information to form a belief as to the truth or falsity of any remaining allegations in Paragraph II.5 of the Complaint, and on that basis denies them.

12. Answering Paragraph II.6 of the Complaint, DBNT responds that the documents referenced therein speak for themselves and no response regarding the allegations concerning the documents' content is required. DBNT lacks sufficient information to form a belief as to the truth or falsity of any remaining allegations in Paragraph II.6 of the Complaint, and on that basis denies them.

13. Answering Paragraph II.7 of the Complaint, DBNT responds that the documents referenced therein speak for themselves and no response regarding the allegations concerning the documents' content is required. DBNT lacks sufficient information to form a belief as to the truth or falsity of any remaining allegations in Paragraph II.3, and on that basis denies them.

14. Answering Paragraph II.8 of the Complaint, DBNT responds that the documents referenced therein speak for themselves and no response regarding the allegations concerning the documents' content is required. DBNT lacks sufficient information to form a belief as to the truth or falsity of any remaining allegations in Paragraph II.8, and on that basis denies them.

15. Answering Paragraph II.9 of the Complaint, DBNT responds that the documents referenced therein speak for themselves and no response regarding the allegations concerning the documents' content is required. DBNT lacks sufficient information to form a belief as to the truth or falsity of any remaining allegations in Paragraph II.9, and on that basis denies them.

16. Answering Paragraph III.1.A of the Complaint, DBNT responds that this paragraph states only legal conclusions that fails to comply with Fed.R.Civ.P. 8, and therefore no

DEFENDANT DEUTSCHE BANK NATIONAL
TRUST COMPANY'S ANSWER TO
COMPLAINT (NO. 2:12-CV-1575 RAJ) – 4
71045-0121/LEGAL26106354.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

answer is required. To the extent an answer is required, DBNT denies that Plaintiff is entitled to the requested relief, and further denies Plaintiff's summary of relevant legal authority.

17. Answering Paragraph III.1.B of the Complaint, DBNT responds that this paragraph concerns a claim that the Court has dismissed, and thus no response is necessary. To the extent a response is required, DBNT denies.

18. Answering Paragraph III.1.C of the Complaint, DBNT responds that this paragraph states legal conclusions concerning other parties, and thus no response from DBNT is required.

19. Answering Paragraph III.1.D of the Complaint, DBNT responds that this paragraph states legal conclusions concerning other parties, and thus no response from DBNT is required.

20. Answering Paragraph III.1.E of the Complaint, DBNT responds that this paragraph states legal conclusions concerning other parties, and thus no response from DBNT is required.

21. Answering Paragraph III.1.F of the Complaint, DBNT responds that this paragraph states legal conclusions concerning a party that has been dismissed from this action, and thus no response from DBNT is required.

22. Answering Paragraph III.1.G of the Complaint, DBNT responds that this paragraph states legal conclusions concerning a party that has been dismissed from this action, and thus no response from DBNT is required.

23. Answering Paragraph III.2.A of the Complaint, DBNT responds that this paragraph states legal conclusions concerning other parties, and thus no response from DBNT is required. To the extent an answer is required, DBNT denies Plaintiff's legal conclusions and any purported statements of fact as incomplete and inaccurate.

DEFENDANT DEUTSCHE BANK NATIONAL
TRUST COMPANY'S ANSWER TO
COMPLAINT (NO. 2:12-CV-1575 RAJ) – 5
71045-0121/LEGAL26106354.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

24. Answering Paragraph III.2.B of the Complaint, DBNT responds that this paragraph states legal conclusions concerning other parties, and thus no response from DBNT is required. To the extent an answer is required, DBNT denies that Plaintiff is entitled to the requested relief.

25. Answering Paragraph III.3.A of the Complaint, DBNT responds that this paragraph states legal conclusions requiring no answer. To the extent a response is required, DBNT denies the allegations in Paragraph III.3.A.

26. Answering Paragraph III.3.B of the Complaint, DBNT responds that this paragraph states legal conclusions requiring no answer. To the extent a response is required, DBNT denies the allegations in Paragraph III.3.A.

27. Answering Paragraph III.4 of the Complaint, DBNT restates its responses above to the allegations contained Paragraphs I.1 through III.3.A of the Complaint. DBNT further responds that Paragraph III.4 contains incomplete legal conclusions requiring no response.

28. Answering Paragraph III.4.A of the Complaint, DBNT denies all factual allegations directed at DBNT. The remainder of Paragraph III.4.A contains incomplete legal conclusions requiring no response.

29. Answering Paragraph III.5.A of the Complaint, this paragraph concerns claims that have been dismissed from this action, therefore no response is required. To the extent a response is required, DBNT denies the allegations.

30. Answering Paragraph III.5.B of the Complaint, this paragraph concerns claims that have been dismissed from this action, therefore no response is required. To the extent a response is required, DBNT denies the allegations.

31. Answering Paragraph III.5.C of the Complaint, this paragraph concerns claims that have been dismissed from this action, therefore no response is required. To the extent a response is required, DBNT denies the allegations.

DEFENDANT DEUTSCHE BANK NATIONAL
TRUST COMPANY'S ANSWER TO
COMPLAINT (NO. 2:12-CV-1575 RAJ) – 6
71045-0121/LEGAL26106354.1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

32. DBNT denies the allegations in Paragraph 6.A of the Complaint.

33. DBNT denies the allegations in Paragraph 6.B of the Complaint.

34. DBNT denies the allegations in Paragraph 6.C of the Complaint.

35. Answering the "Request for Relief" in the Complaint, DBNT denies that Plaintiff is entitled to any requested relief, or any other relief whatsoever.

## III. AFFIRMATIVE DEFENSES

Having answered the allegations in the Complaint, Defendant DBNT sets forth the following affirmative defenses. By setting forth these affirmative defenses, DBNT does not assume any burden of proof as to any fact issue or other element of any cause of action that properly belongs to Plaintiff. Further, DBNT reserves the right to amend or supplement its affirmative defenses as discovery or further investigation may justify.

1. The Complaint fails to state a claim against Defendant DBNT for which relief can be granted.

2. Some or all of the claims for relief may be barred in whole or in part by equitable doctrines, including but not limited unclean hands, laches, waiver, avoidable consequences, and/or estoppel.

3. Plaintiff failed to mitigate his damages, if any.

4. Certain of Plaintiff's claims for relief may be barred by the relevant statute of limitations.

5. Certain of Plaintiff's claims for relief or requested damages may be barred by the economic loss doctrine.

6. Plaintiff has failed to identify a justiciable controversy justifying the requested declaratory relief.

DEFENDANT DEUTSCHE BANK NATIONAL
TRUST COMPANY'S ANSWER TO
COMPLAINT (NO. 2:12-CV-1575 RAJ) – 7
71045-0121/LEGAL26106354.1

**Perkins Coie** LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

7. Plaintiff's damages, if any, were proximately caused, in whole or in part, from the fault of others, including Plaintiff's own negligence in exercising reasonable care for his financial obligations, and non-parties.

8. Plaintiff's claims are barred in whole or in part because he assumed the risk he would not be able to make his mortgage payments as provided for in his contractual obligations.

9. Plaintiff's damages, if any, are a direct result of his breach of contract.

10. Defendant DBNT' acts and practices were neither "unfair" nor "deceptive" under RCW 19.86 *et seq.*

11. Defendant DBNT is not liable to Plaintiff because DBNT did not engage in unfair or deceptive acts and practices under RCW 19.86 *et seq.* that proximately caused Plaintiff's alleged injury.

12. Plaintiff is not entitled to injunctive relief affecting foreclosure until he reinstates his loan obligation.

13. Plaintiff is not entitled to quiet title because there are no competing claims for ownership.

DATED this 26th day of March, 2013.

By: /s/ *Frederick B. Rivera. WSBA #23008*
Frederick B. Rivera, WSBA #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: FRivera@perkinscoie.com

Attorneys for Defendants Mortgage Electronic Registration Systems Inc. and Deutsche Bank National Trust Co., as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates Series 2006-0A1; and American Home Mortgage Servicing Inc. (now known as Homeward Residential Inc.)

DEFENDANT DEUTSCHE BANK NATIONAL TRUST COMPANY'S ANSWER TO COMPLAINT (NO. 2:12-CV-1575 RAJ) – 8

71045-0121/LEGAL26106354.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on March 26, 2013, the foregoing was filed electronically via the Court's CM/ECF systems, which automatically provided notice and service to the following:

Scott E. Stafne
Stafne Law Firm
Stafnelawfirm@aol.com
*Counsel for Plaintiff*

Daniel Allen Womac
Fidelity National Law Group
Daniel.womac@fnf.com
*Counsel for Fidelity National Title Insurance Company*

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, March 26, 2013.

By: s/ *Frederick B. Rivera*
Frederick B. Rivera, WSBA #23008
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: FRivera@perkinscoie.com

CERTIFICATE OF SERVICE – 1

Perkins Coie LLP
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

71045-0121/LEGAL26106354.1