THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN D. KNECHT,<br><br>                Plaintiff,<br><br>v.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-0A1, MORTGAGE-PASS THROUGH CERTIFICATES, SERIES 2006-0A1, AMERICAN HOME MORTGAGE SERVICING INC.,<br><br>                Defendants. | No. 2:12-cv-1575 RAJ<br><br>PLAINTIFF'S INITIAL DISCLOSURES |

Plaintiff John D. Knecht, hereby submits his initial disclosures to Defendants, pursuant to the Federal Rules of Civil Procedure 26(a)(1). At this early stage of litigation, Plaintiff cannot know or anticipate all documents or witnesses that will be or may become relevant to this action. Plaintiff makes these disclosures based on the information reasonably available at

PLAINTIFF'S INITIAL DISCOVERY - 1

this time. Plaintiff reserves all objections regarding discovery, admissibility, or use of any information in this action.

### A. Individuals Likely to Have Discoverable Information

Plaintiff believes that the following individuals may have discoverable information that can be used to support their claims:

1. Name: CR 30(b)(6) Designee, American Brokers Conduit, Address: 538 Broadhollow Road, Melville, NY 11747. Subject of Discoverable Information: This witness is expected to have full knowledge of all claims and facts supporting Plaintiffs claims, including communications, negotiations, agreements, contracts, performances, billing, accounting and payments with, by and from, Defendants to both Plaintiff, along with applicable damages and relevant documents.

2. Name: CR 30(b)(6) Designee, Fidelity National Title Company of Washington; Fidelity National Title Insurance Company, 17592 E. 17th Street; Suite 300, Tustin, CA 92780. Subject of Discoverable Information: This witness is expected to have full knowledge of all claims and facts supporting Plaintiffs claims, including communications, negotiations, agreements, contracts, performances, billing, accounting and payments with, by and from, Defendants to both Plaintiffs, along with applicable damages and relevant documents.

3. Name: Lisa Bradford, Authorized Signature, Fidelity National Title Insurance Company, 17592 E. 17th Street; Suite 300, Tustin, CA 92780. Subject of Discoverable Information: This witness signed a Notice of Trustee's Sale and is expected to have full knowledge of all claims and facts supporting Plaintiffs claims, along with applicable damages and relevant documents.

4. Name: Shena Marie La Rue, purports to be a Notary Public. Address: unknown. Subject of Discoverable Information: This witness notarized the signature of Lisa Bradford, who signed a Notice of Trustee Sale, and is expected to have full knowledge of all claims related to that transaction.

5. Name: Juan Enriquez, Authorized Signature, Fidelity National Title Insurance Company, 1920 Main Street; Suite 1120, Irvine, CA 92614. Subject of Discoverable Information: This witness signed a Notice of Foreclosure, Notice of Discontinuance of Trustee's Sale and Notice or Trustee's Sale, and is expected to have full knowledge of all claims and facts supporting Plaintiffs claims, along with applicable damages and relevant documents.

7. Name: Stephanie Islas, purports to be a Notary Public. Address: unknown. Subject of Discoverable Information: This witness notarized the signature of Juan Enriquez, who signed a Notice of Discontinuance of Trustee Sale, and is expected to have full knowledge of all claims related to that transaction.

8. Name: Lorena Enriquez, purports to be a Notary Public. Address: unknown. Subject of Discoverable Information: This witness notarized the signature of Juan Enriquez, who signed a Notice of Foreclosure and Notice of Trustee Sale, and is expected to have full knowledge of all claims related to that transaction.

9. Name: CR 30(b)(6) Designee, Mortgage Electronic Registration Systems, Inc., (MERS), Address: P.O. Box 2026, Flint MI 48501-2026.

10. Name: CR 30(b)(6) Designee, McCarthy & Holthus, LLP, 1770 Fourth Avenue, San Diego, CA 92101. Subject of Discoverable Information: McCarthy Holthus, LLP is a multi-state law firm with years of experience in successfully representing financial institutions

in a variety of banking law matters with a specialization of mortgages in default. McCarthy Holthus, LLP provides services in the states of California, Nevada, Arizona, Washington, Oregon, and New Mexico in legal representation before U.S. Bankruptcy Courts, U.S. District Courts and State Courts.

11. Name: Michelle Halyard – purports to be a Vice President, Mortgage Registration Systems, Inc., as nominee for American Brokers Conduit. Address: unknown. Subject of Discoverable Information: This witness is a known Robo-signer, who executed an assignment and transfer of Plaintiff's Deed of Trust to Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1; and is expected to have full knowledge of all claims and facts supporting Plaintiffs claims, along with applicable damages and relevant documents.

12. Name: Brenda L. Frazier – purports to be a Notary Public. Address: unknown. Subject of Discoverable Information: This witness notarized the signature of Michelle Halyard, known Robo-signer, who executed an assignment and transfer of Plaintiff's Deed of Trust to Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1; and is expected to have full knowledge of all claims related to that transaction.

13. Name: Cindi Ellis purports to be a vice president with Deutsche Bank National Trust Company. Address: unknown. Subject of Discoverable Information: This witness is expected to have full knowledge of all claims and facts supporting Plaintiffs claims, including whether she had authority to appoint a successor trustee and the relationships between Fidelity National Title, McCarthy Holthus, LLP, MERS, and Deutsche Bank National Trust Company; and the rights and agreements there between, as well as, communications, negotiations,

agreements, contracts, performances, billing, accounting and payments with, by and from, Defendants to both Plaintiffs, along with applicable damages and relevant documents.

14. Name: Kraig Kirtley – purports to be a Notary Public based in California. Address: unknown. Subject of Discoverable Information: This witness notarized the signature of Cindi Ellis known and is expected to have full knowledge of all claims and facts supporting Plaintiffs claims, including communications, negotiations, agreements, contracts, performances, billing, accounting and payments with, by and from, Defendants to both Plaintiffs, along with applicable damages and relevant documents.

15. Name: All witnesses listed by other parties to this lawsuit.

16. Name: Additional witnesses the identities of whom are learned through further discovery, investigation and trial preparation.

**B. Documents**

Plaintiffs will not produce any documents which are subject to the attorney-client Privilege and/or work product doctrine, or that are otherwise protected from disclosure in accordance with the Federal Rules of Civil Procedure. Plaintiffs make these initial disclosures to expedite the discovery process and without waiving any of their objections to the admissibility of information disclosed under the Federal Rules of Evidence, the Federal Rules of Civil Procedure, or the Local Rules of this Court.

The following is a description of the relevant and non-privileged categories of documents, data compilations, and tangible things currently within the possession, custody or control of the Plaintiffs, that have been located to date and that Plaintiffs may use to support their defenses, excluding those to be used solely for impeachment: (1) records of the Plaintiff's loan payment history; (2) loan default notices and related documents; (3) loan collection notes;

(4) correspondence and/or agreements between Plaintiffs and Defendants regarding Plaintiff's Mortgaged loan; (5) disclosures provided to Plaintiffs at or before their loan closing; (6) Plaintiff's application for a loan modification; (7) other documents associated with Plaintiffs application for a refinanced mortgage loan; and (8) documents associated with the foreclosure sale of Plaintiff's mortgage loan. Plaintiffs are continuing their investigation and reserve the right to supplement or amend this disclosure.

### C. Damages

Plaintiffs anticipate asserting multiple claims for damages in this action and thus, they have some computation to provide and support evidentiary materials produced. Plaintiffs may seek payment of attorney's fees, expenses and costs included, in the event that any or all of the claims are allowed at any time. Plaintiffs reserve the right to supplement or amend this disclosure.

### D. Conclusion

Plaintiffs make these initial disclosures based on the information reasonably available to them at this stage of the initial proceedings and without waiver of any rights to provide or use additional information, documents, or disclosures that may become available during this litigation. Plaintiffs will timely supplement the disclosures upon identification of other information appropriate to this action.

///

///

///

DATED: April 18th, 2013, in Arlington, WA.

Respectfully submitted

STAFNE LAW FIRM

*S E. St*

Scott E. Stafne, WSBA No.6964
239 N. Olympic Avenue
Arlington, WA 98223
(360) 403-8700
scott.stafne@stafnelawfirm.com

CERTIFICATE OF ELECTRONIC SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Western District of Washington by using the CM/ECF system on April 18, 2013, upon:

Daniel Allen Womac
FIDELITY NATIONAL LAW GROUP
1200 6TH AVENUE STE 620
SEATTLE, WA 98101
206-224-6004
Email: daniel.womac@fnf.com
Attorney for Defendant Fidelity National Title Insurance Company

Frederick B Rivera
PERKINS COIE
1201 3RD AVE

PLAINTIFF'S INITIAL DISCOVERY - 7

STAFNE LAW FIRM
239 NORTH OLYMPIC AVENUE
ARLINGTON, WA 98223
TEL. 360.403.8700 /STAFNELAWFIRM@AOL.COM

STE 4900
SEATTLE, WA 98101-3099
206-359-8000
Fax: 206-359-9000
Email: FRivera@perkinscoie.com
Attorney for Defendant MERS &
Deutsche Bank National Trust Co.

I further certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

DATED April 18, 2013 in Arlington, WA.

By:

/s/ Shaina Dunn
Stafne Law Firm