HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN KNECHT, et al.,

    Plaintiffs,

v.

FIDELITY NATIONAL TITLE
INSURANCE COMPANY, et al.,

    Defendants.

CASE NO. C12-1575RAJ

MINUTE ORDER

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

The court directs the clerk to TERMINATE the two motions that Plaintiffs filed on January 3. Dkt. ## 33, 34. Neither motion complies with court rules.

The first is a motion for partial summary judgment that is 27 pages long. This District's local rules permit a summary judgment motion of 24 pages or fewer. Local Rules W.D. Wash. LCR 7(e)(3).

The second "motion" is entitled "QUERY RE: THE NATURE OF THE COURT'S JURISDICTION UNDER THE DEEDS OF TRUST ACT, RCW 64.21 CH." It is not, by its terms, a motion, although Plaintiffs used the court's electronic filing system to designate it as a motion. It requests no relief. It refers the court to an "accompanying motion to certify" that does not exist. Plaintiffs noted it for consideration

MINUTE ORDER – 1

on the same day they filed it, even though it does not satisfy any of the requirements for same-day-noted motions.  LCR 7(d)(1).  It is 20 pages long, yet it is not any of the motions that may exceed 12 pages.  LCR 7(e).  It does not appear to be a dispositive motion, but if it were, it would violate court rules prohibiting contemporaneous dispositive motions without leave of court.  LCR 7(e)(3).

Dated this 6th day of January, 2014.

WILLIAM M. MCCOOL
Clerk

s/Consuelo Ledesma
Deputy Clerk

MINUTE ORDER – 2