HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN KNECHT, et al.,

 Plaintiffs,

 v.

FIDELITY NATIONAL TITLE
INSURANCE COMPANY, et al.,

 Defendants.

CASE NO. C12-1575RAJ

MINUTE ORDER

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

The court directs the clerk to TERMINATE each of the four motions that Plaintiff filed on January 16. Dkt. ## 39-42. Two of them are motions for summary judgment. This court's local rules prohibit, without leave of court, "contemporaneous dispositive motions, each one directed toward a discrete issue or claim." Local Rules W.D. Wash. LCR 7(e)(3). The other two are motions that there is no need to file separately. Plaintiff urges the court to certify one of the legal questions raised in his motion for summary judgment to the Washington Supreme Court. He can make that request as part of the summary judgment motion. The same is true of his request for judicial notice.

Finally, Plaintiff has filed a "memorandum" in which he provides hyperlinks to about three dozen journal articles. If Plaintiff wishes the court to consider an article or

MINUTE ORDER – 1

any other source, he shall cite the source in a properly filed motion and he shall provide pinpoint citations. LCR 10(e)(6) ("[C]itations to legal authority must include page numbers.").

Dated this 17th day of January, 2014.

WILLIAM M. MCCOOL  
Clerk

s/Consuelo Ledesma  
Deputy Clerk

MINUTE ORDER – 2