UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN D. KNECHT, an unmarried man,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE INSURANCE COMPANY, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC., DEUTSCHE BANK NATIONAL TRUST CO. AS TRUSTEE FOR GSR MORTGAGE LOAN TRUST 2006-0A1, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-0A1, AMERICAN HOME MORTGAGE SERVICING INC.,<br><br>Defendants. | NO. 2:12-cv-01575 RAJ<br><br>DECLARATION OF TAMAR YELLIN IN SUPPORT OF DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT |

Tamar Yellin declares as follows:

1. I am Staff Attorney at Fidelity Default Resolution Network ("FDRN"). FDRN and defendant Fidelity National Title Insurance Company (Fidelity") are related companies. I am over the age of 18, competent to testify, and make this Declaration based upon my personal knowledge.

2. FDRN manages defaults and foreclosures. Frequently, FDRN or Fidelity is appointed trustee or successor trustee under a deed of trust. As trustee, FDRN or Fidelity is sometimes required to initiate and manage nonjudicial foreclosure proceedings.

DECLARATION OF TAMAR YELLIN - 1

3.  On September 14, 2010, Deutsche Bank National Trust Company ("Deutsche Bank") appointed Fidelity successor trustee to the deed of trust that is the subject of this litigation. Plaintiff John D. Knecht ("Knecht") was the grantor of the deed of trust. A copy of the Appointment of Successor Trustee is attached as Exhibit 4 to the Complaint.

4.  Attached as *Exhibit 1* is a true and correct copy of the Beneficiary Declaration, dated September 24, 2010, that was received by Fidelity in connection with the foreclosure of Knecht's property (the "2010 Beneficiary Declaration"). The 2010 Beneficiary Declaration was received by Fidelity in the ordinary course of business in connection with its role as successor trustee and it was the ordinary course of Fidelity's business to receive such declarations from the beneficiaries of deeds of trust.

5.  Attached as *Exhibit 2* is a true and correct copy of the Beneficiary Declaration, dated May 14, 2011, that was received by Fidelity in connection with the foreclosure of Knecht's property (the "2011 Beneficiary Declaration"). The 2011 Beneficiary Declaration was received by Fidelity in the ordinary course of business in connection with its role as successor trustee and it was the ordinary course of Fidelity's business to receive such declarations from the beneficiaries of deeds of trust.

6.  No foreclosure of Knecht's property is pending at this time.

7.  Fidelity is aware of the legal requirements under Washington law for foreclosures of residential property and trustee's sales. If a new foreclosure of Knecht's property is initiated, Fidelity will follow all applicable legal requirements under Washington law for foreclosures of residential property and trustee's sales and will a new Notice of Trustee's Sale. Fidelity will also

DECLARATION OF TAMAR YELLIN - 2

require a new declaration from the beneficiary confirming that it is the owner of the promissory note or other obligation secured by the deed of trust.

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct to the best of my personal knowledge.

EXECUTED this 26th day of March, 2014, at Rancho Cordova, California.

_____
Tamar Yellin

DECLARATION OF TAMAR YELLIN - 3

# CERTIFICATE OF SERVICE

I hereby certify that on the date given below I caused to be served the foregoing **DECLARATION OF TAMAR YELLIN IN SUPPORT OF DEFENDANT FIDELITY NATIONAL TITLE INSURANCE COMPANY'S MOTION FOR SUMMARY JUDGMENT** on the following individuals in the manner indicated via CM/ECF notifications:

Scott E Stafne
Stafne Law Firm
239 N. Olympia Avenue
Arlington, WA 98223
*Attorney for Plaintiff*


Frederick B. Rivera
Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
*Attorney for Defendants*
*MERS, Inc., Deutsche Bank National Trust*
*Co. as Trustee for GSR Mortgage Loan Trust*
*2006-0A1, Mortgage Pass-Through*
*Certificates, Series2006-0A1, American Home*
*Mortgage Servicing Inc.*

**SIGNED** this 27th day of March, 2014.

                                            */s/ Shbien L. Cross*
                                            Shbien L. Cross, Legal Assistant

# EXHIBIT 1

LOAN: 0031070519 CASE: 10-10230-6
PROPERTY: 46020 SE EDGEWICK RD, NORTH BEND, WA 98045  BORROWER: JOHN KNECHT

## PLEASE COMPLETE AND EXECUTE THE BELOW DECLARATION:

The undersigned beneficiary or authorized agent for the beneficiary hereby represents and declares under the penalty of perjury that the beneficiary is the owner of the Promissory Note or other obligation secured by the Deed of Trust

Dated: SepTembeR 24ᵗʰ 2010

By: AMERICAN HOME MORTGAGE SERVICING

_____  Kathy Smith
Signature of Mortgagee, Beneficiary of Authorized Agent

# EXHIBIT 2

- LOAN: 0031070519 CASE: 10-10230-6A
PROPERTY: 46020 SOUTHEAST EDGEWICK ROAD, NORTH BEND, WA 98045  BORROWER: JOHN D KNECHT

# PLEASE COMPLETE AND EXECUTE THE BELOW DECLARATION:

The undersigned beneficiary or authorized agent for the beneficiary hereby represents and declares under the penalty of perjury that the beneficiary is the owner of the Promissory Note or other obligation secured by the Deed of Trust

Dated: 5.14.2014

Deutsche Bank National Trust Company, as Trustee for GSR Mortgage Loan Trust 2006-0A1, Mortgage Pass-Through Certificates, Series 2006-0A1
By: AMERICAN HOME MORTGAGE SERVICING, INC.

_____
Signature of Mortgagee, Beneficiary of Authorized Agent
Daniel Staten
Vice President