HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN D. KNECHT,

    Plaintiff,

    v.

FIDELITY NATIONAL TITLE INSURANCE COMPANY, et al.,

    Defendants.

CASE NO. C12-1575RAJ

ORDER ON MOTION FOR RECONSIDERATION AND MOTION FOR POST-JUDGMENT RELIEF

The court has reviewed the motion for reconsideration from Defendant Fidelity National Title Insurance Company. The court has also reviewed the motion for post-judgment relief from Plaintiff John Knecht, Mortgage Electronic System's response, Plaintiff's reply, and Mortgage Electronic System's surreply. The court finds no basis to modify its findings of fact and conclusions of law following the bench trial in this matter, and accordingly DENIES both motions. Dkt. ## 144, 146.

DATED this 29th day of July, 2015.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER – 1